**CRIMINAL CASE COVER SHEET**     **U.S. DISTRICT COURT**
**Complete entire form**

**Place of Offense:**                    **Related Case Information**

City _Tupelo_                            Superseding Indictment _No_____ Case Number_____

County _Lee_                             Same Defendant _____ New Defendant _____

RECEIVED                                 Magistrate Judge Case Number _____

AUG 26 2015                              Search Warrant Case Number _____

UNITED STATES DISTRICT COURT             R20/R40 from District of _____
NORTHERN DISTRICT OF MISSISSIPPI
                                         Related Criminal Case Number _____

**Defendant Information**

Juvenile:      ☐ Yes      ☑ No      If yes, Matter to be sealed:      ☐ Yes      ☑ No

Defendant Name _Quin Li_____

Alias Name _____

Address _New York, NY  11220_____

DOB _1987_____ SS# _Unknown_____ Sex _Male_ Race _Asian___ Nationality _Chinese_____

Represented by: _____

Interpreter: ☐ Yes      ☑ No      List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____(Date) in _____(Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts _3_____      ☐ Petty      ☐ Misdemeanor      ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18:371.F_ | Conspiracy to Defraud the U. S. | 1 |
| Set 2 _18:1029A.F_ | Products/Traffics in Counterfeit Device | 2, 3 |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

**U.S. Attorney Information:** AUSA _Robert J. Mims_____ Bar # _9913_____

Date: _8-25-15_____      Signature of AUSA _Robert C._____

**District Court Case Number:**
(To be entered by Clerk)      _1:15 CR 102_____