# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES - GENERAL

No. 1:15-CR-102

Style:   UNITED STATES OF AMERICA V. QUIN LI and
 ZHANG YONGDI a/k/a YONGDI ZHANG

Place Held: Greenville, Mississippi

Date & Time Began:   September 13, 2016, 10:53 a.m.
Date & Time Ended:   September 13, 2016, 2:56 p.m.

TOTAL TIME: 2 Hours 56 Minutes

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Susan May |
| Courtroom Deputy | Official Court Reporter |
| | |
| FOR THE GOVERNMENT: | FOR THE DEFENDANTS: |
| Robert J. Mims | Anthony L. Farese |
| | Joseph Whit Cooper |
| INTERPRETERS: | Justin S. Cluck |
| Ramin Javedan, In-person | L. N. Chandler Rogers |
| Wei Chow Ralph, In-person | |

Proceedings:   Hearing on Motion to Suppress and Dismiss [22] and Joinder [27].

Remarks:   Hearing held; witnesses testified; evidence admitted. Order to follow.

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
         Rita Thomas, Courtroom Deputy