**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

UNITED STATES OF AMERICA

V. NO. 1:15-CR-102

QUIN LI and
ZHANG YONGDI a/k/a YONGDI ZHANG

Date: September 13, 2016

**EXHIBIT LIST**

| Presiding Judge:<br>Debra M. Brown | Attorney for Government:<br>Robert J. Mims | Attorneys for Defendants:<br>Anthony L. Farese<br>J. Whit Cooper<br>Justin S. Cluck<br>L. N. Chandler Rogers | Interpreters:<br>Ramin Javedan, in-person<br>Wei Chow Ralph, in-person |
|---|---|---|---|
| Date:<br>September 13, 2016 | Court Reporter:<br>Susan May | | Courtroom Deputy:<br>Rita Thomas |

| Gov. | Def. | Offered | Marked | Admitted | Description |
|---|---|---|---|---|---|
|  | D-1 | 09/13/16 |  | X | Search Warrants |
|  | D-2 | 09/13/16 |  | X | Photographs 1-10 |
|  | G-1 | 09/13/16 |  | X | Car Rental Agreement |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |